UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER JOY ]<br>    Plaintiff ]<br>]<br>V. ]<br>]<br>]<br>COUNTRYWIDE ]<br>FINANCIAL CORPORATION, a ]<br>Delaware corporation; ]<br>COUNTRYWIDE HOME LOANS, ]<br>a New York corporation; ]<br>DECISION ONE MORTGAGE ]<br>COMPANY, LLC, a subsidiary of ]<br>HSBC Mortgage Corporation and ]<br>HSBC Mortgage Services, Inc., a ]<br>New York corporation; ]<br>NATIONWIDE TRUSTEE ]<br>SERVICES, INC, a ]<br>Tennessee corporation; MONICA ]<br>WALKER, an individual; ANNA ]<br>LANCASTER, an individual; DIXIE ]<br>MADDREY, d/b/a DIXIE ]<br>MADDREY TEAM; LITTON ]<br>LOAN SERVICING and DOES ]<br>1-10, inclusive ]<br>    Defendants ] | Case Number 5:10-cv-218 |

## ORDER GRANTING
## PLAINTIFF'S CONSENT MOTION TO MODIFY CASE CAPTION

AND NOW, this 21st day of September, 2010, having considered Plaintiff's Consent Motion to Modify Case Caption, it is hereby ORDERED that said Motion is GRANTED and the caption shall omit the names "ANNA LANCASTER, an individual; DIXIE MADDREY, d/b/a/ DIXIE MADDREY TEAM and DOES 1-10 inclusive"

BY THE COURT

_____
U.S.D.C.J.