IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-218-FL

| | | |
|---|---|---|
| CHRISTOPHER JOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COUNTRYWIDE FINANCIAL | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on the motions to dismiss filed by defendants Decision One Mortgage Company, LLC ("Decision One") (DE ## 21, 42), Dixie Maddrey Team, Dixie Maddrey, and Anna Lancaster (DE ## 27, 44), and Countrywide Financial Corporation and Countrywide Home Loans (collectively, "Countrywide") (DE ## 32, 51). Following the filing of these motions, plaintiff voluntarily dismissed his claims against each of these defendants with prejudice pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure. As such, no claims remain against these defendants, and their motions to dismiss are DENIED AS MOOT.

Also pending is defendant's motion for extension of time to respond to the motions to dismiss filed by defendants Decision One and Countrywide (DE # 63). Where the motions to dismiss have been denied in light of the voluntary dismissal of these defendants, plaintiff's motion for extension of time is likewise DENIED AS MOOT.

Finally, the court notes that the parties' joint discovery report and plan has been filed pursuant to Rule 26(f). Where a number of defendants have now been dismissed and the expected

scope of discovery in this action may have changed since the filing of the joint report, the court orders supplemental joint report to be filed within fourteen (14) days hereof. Thereafter, the court will establish a schedule for management of the case remaining.

SO ORDERED, this the 28th day of September, 2010.

_____
LOUISE W. FLANAGAN
Chief United States District Court Judge