IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CV-218-FL

| | |
|---|---|
| CHRISTOPHER JOY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| COUNTRYWIDE FINANCIAL CORPORTATION, et al., | ) |
| Defendants. | ) |

This case is before the court on two motions: a motion (D.E. 94) filed by defendants Nationwide Trustee Services, Inc. and Monica Walker (collectively "Nationwide defendants") to excuse them and the representative of their insurance carrier from in-person attendance at the settlement conference scheduled for 18 February 2011 (*see* D.E. 90); and a motion (D.E. 96) by defendant Litton Loan Servicing to excuse its representative from in-person attendance at the settlement conference. There being no opposition to either motion from any party and good cause having been shown, both motions are ALLOWED. Representatives of the corporate defendants, the representative of the Nationwide defendants' insurance carrier, and Walker need not appear in person at the settlement conference but shall be available by telephone during the conference.

Counsel for the parties remain subject to the requirement to appear in-person at the settlement conference. Nothing herein shall be deemed to limit the court's discretion with respect to arrangements for any further settlement proceedings in this case.

SO ORDERED, this 16 day of February, 2011.

James E. Gates
United States Magistrate Judge